Erica K. Rocush, CA Bar No. 262354
erica.rocush@ogletreedeakins.com
Jill V. Cartwright, CA Bar No. 260519
jill.cartwright@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
SALLIE MAE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC H. MILLIKEN,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC.,<br><br>Defendant. | Case No. CV 13 1330<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>Complaint Filed: February 19, 2013 |

Case No.

NOTICE OF REMOVAL OF CIVIL ACTION

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that Defendant SALLIE MAE, INC., (hereinafter "Defendant" or "SMI") hereby removes this action from the Superior Court of the State of California for the County of San Francisco to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441, and 1446. In support of this removal, Defendant states as follows:

### I.

### THE STATE COURT ACTION

1. On or about February 19, 2013, Plaintiff commenced this action by filing a "Plaintiff's Claim and ORDER to Go to Small Claims Court" in the Superior Court of California, County of San Francisco, captioned "ERIC H. MILLIKEN, Plaintiff vs. SALLIE MAE, INC., Defendant," bearing the case number CSM-13-843195. (A true and correct copy of the Complaint is attached hereto as Exhibit "A")

2. On or about February 22, 2013, SMI was served with a copy of the Complaint, and other related documents by certified mail. The Complaint alleges that "Plaintiff was induced into a high interest loan under false, misleading and fraudulent circumstances." (*See* Exhibit A).

### II.

### REMOVAL IS TIMELY AND THIS VENUE IS PROPER

3. A defendant in a civil action has thirty (30) days from the date it is validly served with a summons and complaint to remove the action to federal court. 28 U.S.C. § 1446(b) ("[A] notice of removal shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based"); *see also, Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (faxed file-stamped copy of complaint did not trigger removal period).

4. In accordance with 28 U.S.C. § 1446(b), SMI's Notice of Removal was filed within 30 days after the initial service of the Complaint on SMI was completed on February 22, 2013.

5. The Superior Court of California, San Francisco County, is located within the

Northern District of California. Therefore, venue for the purposes of removal is proper pursuant to 28 U.S.C. 84(c)(2) because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## III.

## INTRADISTRICT ASSIGNMENT

6. Pursuant to Civil L.R. 3-2(c) and (e), this action shall be assigned to the San Francisco Division, as it arises in San Francisco County.

## IV.

## REMOVAL IS PROPER BECAUSE THE COURT HAS FEDERAL QUESTION JURISDICTION (TRUTH IN LENDING ACT)

7. This action is properly removable under 28 U.S.C. §1441 and 28 U.S.C. § 1446 because the United States District Court has original jurisdiction in this case under 28 U.S.C. § 1331, which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." This is a civil action in which the Court will be required to resolve substantial federal questions under the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1631 *et seq.*, particularly the interest rate disclosure requirements contained in §§1631-32. This action is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 in that it arises under federal law.

8. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over any non-removable cause of action contained in Plaintiff's Complaint because such cause of action is so related to the removable claims that they form part of the same case. Alternatively, this Court has jurisdiction over any non-removable claims pursuant to 28 U.S.C. § 1441(c).

## V.

## NOTICE TO COURT AND ADVERSE PARTY

9. Following the filing of this Notice of Removal of Civil Action, written Notice of Removal will promptly be filed with the Clerk of the Superior Court of the State of California, San Francisco County.

## VI.

## CONCLUSION

10. This Court, therefore, has jurisdiction over Plaintiff's claims by virtue of 28 U.S.C. § 1331 and 28 U.S.C. § 1367. This action is properly removable to federal court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

11. In the event this Court has a question regarding the propriety of this Notice of Removal, Defendant respectfully request that this Court issue an Order to Show Cause so that Defendant may have an opportunity to supplement a more detailed brief outlining the basis for this Removal.

DATED: March 25, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

BY: _____
Erica K. Rocush
Jill V. Cartwright

Attorneys for Defendant
SALLIE MAE, INC.

14640643.2

---

3
Case No.
NOTICE OF REMOVAL OF CIVIL ACTION

 **CT Corporation**

**Service of Process Transmittal**
02/22/2013
CT Log Number 522186691

TO: Eric Reicin
Sallie Mae, Inc.
2001 Edmund Halley Drive
Reston, VA 20191

RE: **Process Served in California**

FOR: Sallie Mae, Inc. (Domestic State: DE)



**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Eric H. Milliken, Pltf. vs. Sallie Mae Inc, Dft. Name discrepancy noted. |
| DOCUMENT(S) SERVED: | Claim and Order, Information, Document in a Foreign Language |
| COURT/AGENCY: | San Francisco County - Superior Court - San Francisco, CA Case # CSM13843195 |
| NATURE OF ACTION: | Plaintiff was induced into a high interest loan under false, misleading and fraudulent circumstances - Seeking $10,000.00 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 02/22/2013 postmarked on 02/20/2013 |
| JURISDICTION SERVED: | California |
| APPEARANCE OR ANSWER DUE: | 04/11/2013 at 8:30 a.m. |
| ATTORNEY(S) / SENDER(S): | Eric H. Milliken
615 Leavenworth St
#307
San Francisco, CA 94109
415-341-2888 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 794820988570
Email Notification, Eric Reicin eric.reicin@salliemae.com
Email Notification, Anne Milem anne.milem@salliemae.com |
| SIGNED: | C T Corporation System |
| PER: | Nancy Flores |
| ADDRESS: | 818 West Seventh Street
Los Angeles, CA 90017 |
| TELEPHONE: | 213-337-4615 |

Page 1 of 1 / FP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Exh. A.

| **SC-100** | **Plaintiff's Claim and ORDER to Go to Small Claims Court** | *Clerk stamps date here when form is filed.* |
|---|---|---|

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamp:*
ENDORSED FILED
San Francisco County Superior Court
FEB 19 2013
CLERK OF THE COURT
By: WILMA DE GRACIA, Deputy Clerk

*Fill in court name and street address:*
Superior Court of California, County of
**SMALL CLAIMS SUPERIOR COURT**
400 McALLISTER, ROOM 103
SAN FRANCISCO, CALIFORNIA 94102

*Clerk fills in case number and case name:*
Case Number: CSM-13-843195
Case Name: Milliken vs. Sallie Mae, Inc

**Order to Go to Court**

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | APR 11 2013 | 8:30am | 506 | 5th flr |
| | 2. | | | |
| | 3. | | | |

Date: FEB 19 2013    Clerk, by ___ WILMA DE GRACIA ___, Deputy

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms*.
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq., 116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims)

SC-100, Page 1 of 5 →

Plaintiff (list names): _____

Case Number: **CSM-13-843195**

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**
Name: **Eric H. Milliken**   Phone: **(415) 541-2988**
Street address: **615 Leavenworth St #307    San Francisco    CA    94109**
Mailing address (if different): **564 Market St #208    San Francisco    CA    94104**

**If more than one Plaintiff, list next Plaintiff here:**
Name: ~~Sallie Mae, inc~~   Phone: (   )
Street address: ~~2001 Edmond Halley Dr.  Reston   VA   20191~~
Mailing address (if different): ~~818 W Seventh St.  Los Angeles   CA   90017~~

☐ Check here if more than 2 Plaintiffs and attach Form SC-100A.
☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

**(2) The Defendant (the person, business, or public entity being sued) is:**
Name: **Sallie Mae, inc**   Phone: (   )
Street address: **2001 Edmond Halley Dr.    Reston    VA    20191**
Mailing address (if different): _____

**If more than one Defendant, list next Defendant here:**
Name: _____   Phone: (   )
Street address: _____
Mailing address (if different): _____

☐ Check here if more than 2 Defendants and attach Form SC-100A.
☐ Check here if any Defendant is on active military duty, and write his or her name here: _____

**(3) The Plaintiff claims the Defendant owes $ 10,000 . (Explain below):**
a. Why does the Defendant owe the Plaintiff money? **Plaintiff was induced into a high interest loan under false, misleading and fraudulent circumstances.**
b. When did this happen? (Date): **8/1/08**
   If no specific date, give the time period: Date started: _____ Through: _____
c. How did you calculate the money owed to you? (Do not include court costs or fees for service.)
   **Damages are based on the 10.75 interest Rate.**

☐ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

Plaintiff *(list names):* _____

Case Number: **CSM-13-843195**

**④ You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☒ Yes ☐ No
*If no, explain why not:* _____

**⑤ Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies)*:

a. ☒ (1) Where the Defendant lives or does business.   (4) Where a contract (written or spoken) was made,
   (2) Where the Plaintiff's property was damaged.       signed, performed, or broken by the Defendant *or*
   (3) Where the Plaintiff was injured.                  where the Defendant lived or did business when
                                                         the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

**⑥ List the zip code of the place checked in ⑤ above** *(if you know):* **94104**

**⑦ Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**⑧ Are you suing a public entity?** ☐ Yes ☒ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**⑨ Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☒ No   *If yes, the filing fee for this case will be higher.*

**⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**⑪** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: **2/19/13**   **Eric H. Milliken**
                   *Plaintiff types or prints name here*          *Plaintiff signs here*

Date: _____    _____          ▶
                 *Second Plaintiff types or prints name here*     *Second Plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response.* *(Civil Code, § 54.8.)*

## SC-100  Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations.* Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms.*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal.* You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals.*

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim.* There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**? Need help?**
Your county's Small Claims Advisor can help for free.


CSM - 13 - 843195

Or go to *www.courts.ca.gov/smallclaims/advisor.*

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)

## SC-100 — Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en:
*www.courts.ca.gov/reclamosmenores/preparese.*

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días depués de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) *o*
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

CSM - 13 - 8 4 3 1 9 5

O vea "Información por condado" en:
*www.courts.ca.gov/reclamosmenores/asesores.*

*Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

Revised January 1, 2012

**Reclamo del Demandante y ORDEN
Para Ir a la Corte de Reclamos Menores
(Reclamos Menores)**

SC-100, Page 5 of 5

Superior Court of California
County of San Francisco
Small Claims Division
400 McAllister Street, Room 103
San Francisco, CA 94102-4514

CERTIFIED MAIL
7010 3090 0003 4519 4198

$11.06
FEB 20 2013
MAILED FROM ZIP CODE 94103

CT Corporate System
Service Agent For:
Sallie Mae, Inc
818 W. Seventh St.
Los Angeles, CA 90017

**RESTRICTED DELIVERY**
**&**
**RETURNED RECEIPT**