**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC H. MILLIKEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>SALLIE MAE, INC.,<br><br>    Defendant. | Case No.: 13-cv-1330 KAW<br><br>ORDER REFERRING PLAINTIFF TO PRO SE HELP DESK |

Plaintiff filed this case in the Small Claims Superior Court in San Francisco on February 19, 2013, alleging that Defendant induced him into a high interest loan under false, misleading and fraudulent circumstances. Defendant removed the case to this Court on March 25, 2013.

Plaintiff may wish to seek free limited legal assistance from the Federal Pro Bono Project by calling the appointment line (415) 782-9000 x 8657 or signing up for an appointment in the appointment book located outside the door of the Project, located at the San Francisco courthouse on the 15th Floor, Room 2796. Appointments are held Monday through Friday at various times throughout the day. Plaintiff can speak with an attorney who will provide basic legal help, but not legal representation.

It is so ORDERED.

DATE: April 4, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE