IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ERIC H. MILLIKEN,

        Plaintiff,

  v.

SALLIE MAE, INC.,

        Defendant.
_____/

No. C 13-01330 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court held a Case Management Conference on July 11, 2013. Plaintiff failed to appear. Plaintiff is directed to file a declaration no later than **Thursday, July 18, 2013** explaining the failure to appear at this morning's conference. After considering the Joint Case Management Statement submitted by the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION. This matter is hereby REFERRED to a randomly assigned Magistrate Judge for the purpose of completing a settlement conference to take place, ideally, within the next sixty (60) days.

    2.    DISCOVERY. On or before December 20, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per side; (b) twenty-five (25) interrogatories per side, including all discrete subparts;

1  (c) a reasonable number of requests for production of documents or for inspection per side; and

2  (d) a reasonable number of requests for admission per side.

3      3.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.    EXPERT WITNESSES. The disclosure and discovery of expert witnesses and opinions shall proceed as follows:

A.    On or before February 28, 2014, parties will make initial expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.    On or before March 14, 2014, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.    On or before March 28, 2014, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.    DISPOSITIVE MOTIONS. All pretrial dispositive motions must be filed and served pursuant to Civil Local Rule 7. All motions shall be heard no later than **January 30, 2014 at 1:30 p.m.**

6.    PRETRIAL CONFERENCE. The final pretrial conference will be held on **May 8, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

CASE MANAGEMENT SCHEDULING ORDER

2

7. TRIAL DATE. Trial shall commence on **May 19, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 7/11/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3