1  Eric Milliken, CA Bar No. 273424 (pro se)
   eric@ericmilliken.com
2  564 Market St., Ste. 208
3  San Francisco, CA 94104
   Telephone:   415.341.2888
4
   PRO SE
5

6  Erica K. Rocush, CA Bar No. 262354
   erica.rocush@ogletreedeakins.com
7  Jill V. Cartwright, CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower
9  One Market Plaza, Suite 1300
   San Francisco, CA  94105
10 Telephone:   415.442.4810
   Facsimile:    415.442.4870
11

12 Attorneys for Defendant
   SALLIE MAE, INC.
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 ERIC H. MILLIKEN,                    | Case No. C13-01330 RS

18       Plaintiff,                     | **STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1); [PROPOSED] ORDER**

19    vs.

20 SALLIE MAE, INC.,

21       Defendant.                     | Action Filed:   February 19, 2013
                                        | Trial Date:     None Set

---

Case No. C-13-01330-RS
STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1); [PROPOSED] ORDER

1  **IT IS HEREBY STIPULATED** by and between the parties to this action through Plaintiff, pro se, and Defendant's counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

DATED: September 30, 2013

By:  /s/ Eric H. Milliken
Eric H. Milliken (*pro se*)

DATED: October 2, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Jill Cartwright
Erica Rocush
Jill V. Cartwright

Attorneys for Defendant
SALLIE MAE, INC.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: October 2, 2013

By:  /s/ Jill V. Cartwright
Jill V. Cartwright

---

1                                                                                         Case No. C-13-01330-RS
STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1); [PROPOSED] ORDER

## ORDER

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice. The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/3/13

_____
Hon. Richard Seeborg
United States District Judge

16058028.2