1  Eric Milliken, CA Bar No. 273424 (pro se)
   eric@ericmilliken.com
2  564 Market St., Ste. 208
   San Francisco, CA 94104
3  Telephone:    415.341.2888

4
   PRO SE
5

6  Erica K. Rocush, CA Bar No. 262354
   erica.rocush@ogletreedeakins.com
7  Jill V. Cartwright, CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower
9  One Market Plaza, Suite 1300
   San Francisco, CA  94105
10 Telephone:    415.442.4810
   Facsimile:    415.442.4870
11

12 Attorneys for Defendant
   SALLIE MAE, INC.
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17 ERIC H. MILLIKEN,                  Case No. C13-01330 RS

18           Plaintiff,               **STIPULATION TO DISMISS PURSUANT
                                       TO FRCP 41(A)(1); [PROPOSED] ORDER**
19      vs.

20 SALLIE MAE, INC.,

21           Defendant.               Action Filed:    February 19, 2013
                                      Trial Date:      None Set
22

23

24

25

26

27

28
                                                     Case No. C-13-01330-RS
   STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1); [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties to this action through Plaintiff, pro se, and Defendant's counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

DATED: September 30, 2013

By:  ___/s/ Eric H. Milliken_____
Eric H. Milliken (*pro se*)

DATED: October 2, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  ___/s/ Jill Cartwright_____
Erica Rocush
Jill V. Cartwright

Attorneys for Defendant
SALLIE MAE, INC.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: October 2, 2013

By:  ___/s/ Jill V. Cartwright_____
Jill V. Cartwright

STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1); [PROPOSED] ORDER

Case3:13-cv-01330-RS   Document24   Filed10/02/13   Page3 of 3

1

## ORDER

2    The Court having read and considered the foregoing request and stipulation, and with good

3 cause appearing, this action is dismissed with prejudice.  The Court acknowledges that the parties

4 have entered into a settlement agreement that addresses the payment of their respective fees and

5 costs.

6 PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8 DATED: _____10/3/13_____

Hon. Richard Seeborg
United States District Judge

9

10

11    16058028.2

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1); [PROPOSED] ORDER